James E. AKINS, et al., Appellants

v.

**FEDERAL ELECTION COMMISSION.**

No. 94–5088.

United States Court of Appeals, District of Columbia Circuit.

Jan. 25, 1996.

Before: EDWARDS, Chief Judge; WALD, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS and TATEL, Circuit Judges.

#### ORDER

PER CURIAM.

Upon consideration of appellants' suggestion for rehearing *in banc* and of the response thereto, it is

ORDERED, by the Court *in banc,* that the suggestion is granted. This case will be considered and decided by the court sitting *in banc* on both the standing and statutory construction issues. It is

FURTHER ORDERED, by the Court *in banc,* that the judgment filed herein on September 29, 1995 is hereby vacated.

A future order will govern further proceedings.